15-1779
*Crowley v. Johnson*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand sixteen.

PRESENT:  RICHARD C. WESLEY,
          RALPH K. WINTER,
          GERARD E. LYNCH,
                    *Circuit Judges.*

-----

KATE S. CROWLEY,

                    *Plaintiff-Appellant,*

          -v.-                                          15-1779

JEH C. JOHNSON, *Secretary, United States Department of Homeland Security,*

                    *Defendant-Appellee.*

-----

FOR APPELLANT: JOY BERTRAND, Joy Bertrand Esq., LLC, Scottsdale, AZ.

FOR APPELLEES: CHRISTINE IRVIN PHILLIPS, Assistant United States Attorney (Christopher Connolly, Assistant United States Attorney, *on the brief*), *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Abrams, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-Appellant Kate S. Crowley ("Crowley"), a special agent of the United States Secret Service, appeals from the District Court's judgment dismissing, on summary judgment, her claims of unlawful discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e *et seq.* against her employer, Defendant-Appellee Jeh C. Johnson, in his capacity as Secretary of the Department of Homeland Security. In its order dismissing Crowley's claims, the District Court found that Crowley failed to establish a *prima facie* case of discrimination or retaliation under Title VII. We

2

assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"We . . . review *de novo* a district court's grant of summary judgment, . . . drawing all factual inferences in favor of the non-moving party. Summary judgment is appropriate when there is 'no genuine dispute as to any material fact' and the moving party is "entitled to judgment as a matter of law.'" *Chabad Lubavitch of Litchfield Cty., Inc. v. Litchfield Historic Dist. Comm'n*, 768 F.3d 183, 192 (2d Cir. 2014) (citation omitted) (quoting Fed. R. Civ. P. 56(a)).

Having reviewed the record in light of these principles, we affirm the District Court's grant of summary judgment for substantially the same reasons stated by the District Court in its thorough and well-reasoned opinion.

We have considered Crowley's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the District Court.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk